UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>19-20657-CR-MOORE/BECERRA</u>

UNITED STATES OF AMERICA

vs.

RUBEN DARIO JARAMILLO,

Defendant.
_____/

## <u>FACTUAL PROFFER</u>

The Defendant, RUBEN DARIO JARAMILLO, his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

Beginning as early as May 2018, and continuing through on or about September 24, 2019, the Defendant, together with others, including Ivan Martinez-Regalado, knowingly and willfully agreed to possess with the intent to distribute alprazolam, a Schedule IV controlled substance. The Defendant knew that this plan was unlawful. Pursuant to this plan, the Defendant, together with others, purchased alprazolam in powder form which was then delivered to them, including through the United States Mail. The Defendant, together with others, then pressed the powder into pills in the shape and style resembling an actual prescription pharmaceutical. The Defendant, together with others, then packaged these pills for distribution, including though the United States Mail.

During this time and pursuant to this agreement, the Defendant, together with others, purchased at least seven (7) commercial pill presses, each capable of making approximately 5,000 pills per hour. Law enforcement officers searched the Defendant's residence, in Miami-Dade County, on or about September 24, 2019, pursuant to a search warrant. Therein officers found

thousands of white pills, pressed in the shape and style of prescription pharmaceuticals. Several hundreds of these pills were already packaged in United States Postal Service flat-rate boxes. Pursuant to a post-*Miranda* statement, the Defendant admitted that the pills belonged to him and he claimed that they were Xanax. Chemical analysis confirmed that the pills contained alprazolam.

At no time did the Defendant or his co-conspirators have authority or permission to distribute alprazolam.

Date: 11/14/19

Date: 11/14/19

Date: 11/14/19

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
SAJJAD MATIN
ASSISTANT UNITED STATES ATTORNEY

By: _____
MICHAEL MIRER
ATTORNEY FOR DEFENDANT

By: _____
RUBEN DARIO JARAMILLO
DEFENDANT